**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kyle Anton DAVIS, Defendant–
Appellant.**

No. 02–6060.

United States Court of Appeals,
Fourth Circuit.

Submitted April 3, 2002.

Decided April 16, 2002.

Kyle Anton Davis, Appellant Pro Se. N. George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Kyle Anton Davis seeks to appeal the district court's orders: (1) dismissing his 28 U.S.C.A. § 2255 (West Supp.2001) motion; (2) denying his motion for summary judgment and motion for reconsideration; and (3) denying his motion alleging bias pursuant to 28 U.S.C. § 144 (1994). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Davis*, Nos. CR–95–122; CA–00–410 (E.D. Va. Oct. 29, Dec. 1 & Dec. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*